**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PROUDFOOT, VICTOR JON | § Case No. 11-84510 |
| PROUDFOOT, KAREN | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 19, 2011.  The undersigned trustee was appointed on November 22, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $        30,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 10,239.51 |
| Administrative expenses | 2,155.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 150.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 17,455.49 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 03/23/2012 and the deadline for filing governmental claims was 04/16/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $3,750.00, for a total compensation of $3,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $554.96, for total expenses of $554.96.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/27/2012        By: /s/JOSEPH D. OLSEN
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84510
**Case Name:** PROUDFOOT, VICTOR JON
PROUDFOOT, KAREN
**Period Ending:** 08/27/12

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 10/19/11 (f)
**§341(a) Meeting Date:** 11/22/11
**Claims Bar Date:** 03/23/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Residental Real Estate: 1814 Edgewood Drive, Alg | 232,200.00 | 0.00 | DA | 0.00 | FA |
| 2 | 6 N Blackhawk Rd, Hawthorn Woods, IL, 60047, (Va | 45,000.00 | 40,000.00 | | 30,000.00 | FA |
| 3 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking: Healthcare Associates Credit Union #70 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings: Healthcare Associates Credit Union #702 | 105.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Everyday Clothes | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding ring and assorted ear rings | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | Symetra Financial Whole Life Insurance Policy # | 2,820.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA: DW Trust Co. Policy #1240631 | 12,383.00 | 0.00 | DA | 0.00 | FA |
| 11 | Ing 403 (b) Plan #666075 | 162,224.89 | 0.00 | DA | 0.00 | FA |
| 12 | Mercer 401 A-100% vested- not yet payable | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | 2010 Toyota Corolla | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1997 Chevy Express 1500 Van- 145K miles with bro | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1983 Jeep CJ7-poor condition | 800.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1999 Nissan Pathfinder-150K miles | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1999 Nissan Maxima-160K miles | 850.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1982 Honda Goldwing-in pieces | 500.00 | 0.00 | DA | 0.00 | FA |
| 19 | Thunderbird Formula 233 LS Boat | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | Assets   Totals (Excluding unknown values) | **$474,282.89** | **$40,000.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Simple case.  Only asset is a vacant lot.  Trustee has engaged a broker and it is listed for sale.  Will have to wait until spring to hopefully get it sold.  Final report to be filed by the end of 2012.

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-84510  
**Case Name:** PROUDFOOT, VICTOR JON  
PROUDFOOT, KAREN  
**Period Ending:** 08/27/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/19/11 (f)  
**§341(a) Meeting Date:** 11/22/11  
**Claims Bar Date:** 03/23/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2012    **Current Projected Date Of Final Report (TFR):** December 31, 2012

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-84510  
**Case Name:** PROUDFOOT, VICTOR JON  
PROUDFOOT, KAREN  
**Taxpayer ID #:** **-***5651  
**Period Ending:** 08/27/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******54-66 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/20/12 | | Heritage Title Company of McHenry Co. | Sale of 6 Blackhawk Rd. | | | 17,455.49 | | 17,455.49 |
| | | | 2012 County taxes | -2,076.70 | 4700-000 | | | 17,455.49 |
| | | | Commission | -2,100.00 | 3510-000 | | | 17,455.49 |
| | | | Title Insurance | -1,250.00 | 4110-000 | | | 17,455.49 |
| | | | policy title | -3.00 | 4110-000 | | | 17,455.49 |
| | | | commitment update | -100.00 | 4110-000 | | | 17,455.49 |
| | | | Closing letter | -50.00 | 2500-000 | | | 17,455.49 |
| | | | County taxes | -15.00 | 4700-000 | | | 17,455.49 |
| | | | State Tax | -30.00 | 4700-000 | | | 17,455.49 |
| | | | Tax payment fee | -150.00 | 4700-000 | | | 17,455.49 |
| | | | tax redemption | -3,395.03 | 4700-000 | | | 17,455.49 |
| | | | 2011 real estate taxes | -3,369.78 | 4700-000 | | | 17,455.49 |
| | | | duplicate tax bill | -5.00 | 2500-000 | | | 17,455.49 |
| | {2} | | | 30,000.00 | 1110-000 | | | 17,455.49 |

| | | | |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | | 17,455.49 | 0.00 | $17,455.49 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 17,455.49 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $17,455.49 | $0.00 | |

| | |
|---|---:|
| Net Receipts : | 17,455.49 |
| Plus Gross Adjustments : | 12,544.51 |
| Net Estate : | $30,000.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| Checking # 9200-******54-66 | 17,455.49 | 0.00 | 17,455.49 |
| | $17,455.49 | $0.00 | $17,455.49 |

{} Asset reference(s)

Printed: 08/27/2012 07:13 PM    V.13.02

# Claims Proposed Distribution

### Case:  11-84510   PROUDFOOT, VICTOR JON

**Case Balance:** $17,455.49     **Total Proposed Payment:** $17,455.49     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | JOSEPH D. OLSEN <2200-00   Trustee Expenses> | Admin Ch. 7 | 554.96 | 554.96 | 0.00 | 554.96 | 554.96 | 16,900.53 |
|  | JOSEPH D. OLSEN <2100-00   Trustee Compensation> | Admin Ch. 7 | 3,750.00 | 3,750.00 | 0.00 | 3,750.00 | 3,750.00 | 13,150.53 |
|  | Yalden, Olsen & Willette <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 0.00 | 1,700.00 | 0.00 | 1,700.00 | 1,700.00 | 11,450.53 |
| 1 | Atlas Acquisitions LLC (Citibank - Sears) | Unsecured | 5,562.35 | 5,562.35 | 0.00 | 5,562.35 | 387.84 | 11,062.69 |
| 2 | Discover Bank | Unsecured | 4,057.16 | 4,057.16 | 0.00 | 4,057.16 | 282.89 | 10,779.80 |
| 3 | Discover Bank | Unsecured | 6,670.86 | 6,670.86 | 0.00 | 6,670.86 | 465.13 | 10,314.67 |
| 4 | Capital One Bank (USA), N.A. by American InfoSourc | Unsecured | 3,076.04 | 3,076.04 | 0.00 | 3,076.04 | 214.48 | 10,100.19 |
| 5 | American InfoSource LP as agent for Target | Unsecured | 15,681.06 | 15,681.06 | 0.00 | 15,681.06 | 1,093.36 | 9,006.83 |
| 6 | Chase Bank USA, N.A. | Unsecured | 5,925.51 | 5,925.51 | 0.00 | 5,925.51 | 413.16 | 8,593.67 |
| 7 | Chase Bank USA, N.A. | Unsecured | 8,287.14 | 8,287.14 | 0.00 | 8,287.14 | 577.82 | 8,015.85 |
| 8 | Chase Bank USA, N.A. | Unsecured | 4,277.22 | 4,277.22 | 0.00 | 4,277.22 | 298.23 | 7,717.62 |
| 9 | Chase Bank USA, N.A. | Unsecured | 1,512.67 | 1,512.67 | 0.00 | 1,512.67 | 105.47 | 7,612.15 |
| 10 | PYOD LLC its successors and assigns as assignee of | Unsecured | 27,428.96 | 27,428.96 | 0.00 | 27,428.96 | 1,912.48 | 5,699.67 |
| 11 | PYOD LLC its successors and assigns as assignee of | Unsecured | 29,498.37 | 29,498.37 | 0.00 | 29,498.37 | 2,056.77 | 3,642.90 |
| 12 | PYOD LLC its successors and assigns as assignee of | Unsecured | 14,847.89 | 14,847.89 | 0.00 | 14,847.89 | 1,035.27 | 2,607.63 |
| 13 | FIA CARD SERVICES, N.A. | Unsecured | 29,700.94 | 29,700.94 | 0.00 | 29,700.94 | 2,070.90 | 536.73 |
| 14 | American Express Bank, FSB | Unsecured | 7,697.86 | 7,697.86 | 0.00 | 7,697.86 | 536.73 | 0.00 |
|  | **Total for Case 11-84510 :** |  | **$168,528.99** | **$170,228.99** | **$0.00** | **$170,228.99** | **$17,455.49** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $4,304.96 | $6,004.96 | $0.00 | $6,004.96 | 100.000000% |
| **Total Unsecured Claims :** | $164,224.03 | $164,224.03 | $0.00 | $11,450.53 | 6.972506% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-84510
Case Name: PROUDFOOT, VICTOR JON
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**  $ 17,455.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 17,455.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,750.00 | 0.00 | 3,750.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 554.96 | 0.00 | 554.96 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,700.00 | 0.00 | 1,700.00 |

Total to be paid for chapter 7 administration expenses:  $ 6,004.96
Remaining balance:  $ 11,450.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 11,450.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|   |   | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 11,450.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 164,224.03 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Citibank - Sears) | 5,562.35 | 0.00 | 387.84 |
| 2 | Discover Bank | 4,057.16 | 0.00 | 282.89 |
| 3 | Discover Bank | 6,670.86 | 0.00 | 465.13 |
| 4 | Capital One Bank (USA), N.A. by American InfoSourc | 3,076.04 | 0.00 | 214.48 |
| 5 | American InfoSource LP as agent for Target | 15,681.06 | 0.00 | 1,093.36 |
| 6 | Chase Bank USA, N.A. | 5,925.51 | 0.00 | 413.16 |
| 7 | Chase Bank USA, N.A. | 8,287.14 | 0.00 | 577.82 |
| 8 | Chase Bank USA, N.A. | 4,277.22 | 0.00 | 298.23 |
| 9 | Chase Bank USA, N.A. | 1,512.67 | 0.00 | 105.47 |
| 10 | PYOD LLC its successors and assigns as assignee of | 27,428.96 | 0.00 | 1,912.48 |
| 11 | PYOD LLC its successors and assigns as assignee of | 29,498.37 | 0.00 | 2,056.77 |
| 12 | PYOD LLC its successors and assigns as assignee of | 14,847.89 | 0.00 | 1,035.27 |
| 13 | FIA CARD SERVICES, N.A. | 29,700.94 | 0.00 | 2,070.90 |
| 14 | American Express Bank, FSB | 7,697.86 | 0.00 | 536.73 |

|   | Total to be paid for timely general unsecured claims: | $ | 11,450.53 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**