**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PROUDFOOT, VICTOR JON | § | Case No. 11-84510 |
| PROUDFOOT, KAREN | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   327 South Church Street, Room #1100
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/03/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  08/27/2012                        By:  /s/JOSEPH D. OLSEN
                                                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PROUDFOOT, VICTOR JON | § | Case No. 11-84510 |
| PROUDFOOT, KAREN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,000.00 |
| *and approved disbursements of* | $ 12,544.51 |
| *leaving a balance on hand of* [1] | $ 17,455.49 |
| **Balance on hand:** | $ 17,455.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 17,455.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,750.00 | 0.00 | 3,750.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 554.96 | 0.00 | 554.96 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,700.00 | 0.00 | 1,700.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,004.96 |
| Remaining balance: | $ 11,450.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,450.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 11,450.53

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 164,224.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Citibank - Sears) | 5,562.35 | 0.00 | 387.84 |
| 2 | Discover Bank | 4,057.16 | 0.00 | 282.89 |
| 3 | Discover Bank | 6,670.86 | 0.00 | 465.13 |
| 4 | Capital One Bank (USA), N.A. by American InfoSourc | 3,076.04 | 0.00 | 214.48 |
| 5 | American InfoSource LP as agent for Target | 15,681.06 | 0.00 | 1,093.36 |
| 6 | Chase Bank USA, N.A. | 5,925.51 | 0.00 | 413.16 |
| 7 | Chase Bank USA, N.A. | 8,287.14 | 0.00 | 577.82 |
| 8 | Chase Bank USA, N.A. | 4,277.22 | 0.00 | 298.23 |
| 9 | Chase Bank USA, N.A. | 1,512.67 | 0.00 | 105.47 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | PYOD LLC its successors and assigns as assignee of | 27,428.96 | 0.00 | 1,912.48 |
| 11 | PYOD LLC its successors and assigns as assignee of | 29,498.37 | 0.00 | 2,056.77 |
| 12 | PYOD LLC its successors and assigns as assignee of | 14,847.89 | 0.00 | 1,035.27 |
| 13 | FIA CARD SERVICES, N.A. | 29,700.94 | 0.00 | 2,070.90 |
| 14 | American Express Bank, FSB | 7,697.86 | 0.00 | 536.73 |

Total to be paid for timely general unsecured claims: $ 11,450.53
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-84510-MB
Victor Jon Proudfoot                                                      Chapter 7
Karen Proudfoot
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 3          Date Rcvd: Sep 11, 2012
                              Form ID: pdf006          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2012.
```
db/jdb      +Victor Jon Proudfoot,    Karen Proudfoot,    1814 Edgewood Drive,    Algonquin, IL 60102-4105
aty         +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
17940692    +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
18430212     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18295837    +Atlas Acquisitions LLC (Citibank - Sears),    294 Union St.,    Hackensack, NJ 07601-4303
17940695    +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
18337412     Capital One Bank (USA), N.A. by American InfoSourc,    PO Box 71083,    Charlotte, NC  28272-1083
17940696    +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
18348862     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17940699    +Citi Cards/Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
17940700     Citibank SD NA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
18407347     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17940704    +Home Depot/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
17940705    +LVNV Funding,    P.O. Box 3038,    Evansville, IN 47730-3038
17940706     LVNV Funding,    PO Box 385908,    Minneapolis, MN 55438-5908
17940707    +Sears,    3333 Beverly Rd,    Hoffman Estates, IL 60179-1999
17940708    +Sears/CBNA/B 06256458,    Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
17940709    +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
17940710    +Toyota Motor Credit,    1111 W 22nd St STE 420,    Oak Brook, IL 60523-1959
17940711    +Universal Card/Citibank,    PO Box 44167,    Jacksonville, FL 32231-4167
17940712    +Wells Fargo Bank,    PO Box 31557,    Billings, MT 59107-1557
17940713    +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18345276     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 12 2012 02:28:30
             American InfoSource LP as agent for Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
18070684    +E-mail/Text: bnc@atlasacq.com Sep 12 2012 02:18:59     Atlas Acquisitions LLC,    Attn Avi Schild,
             294 Union St,    Hackensack, NJ 07601-4303
18062378    +E-mail/Text: bnc@atlasacq.com Sep 12 2012 02:18:59     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
17940701     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2012 02:29:29     Discover Card,    12 Reads Way,
             New Castle, DE 19720-1649
17940702     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2012 02:29:29     Discover Fincl Svc LLC,
             PO Box 15316,    Wilmington, DE 19850
18325348     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2012 02:29:29     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18369021    +E-mail/Text: resurgentbknotifications@resurgent.com Sep 12 2012 02:11:24
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17940693*   +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
17940697*   +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
17940698*   +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
17940703*  ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
             (address filed with court: Discover Fincl Svc LLC,    PO Box 15316,    Wilmington, DE 19850)
17940694   ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
                                                                                  TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: kkrystave              Page 2 of 3              Date Rcvd: Sep 11, 2012
                              Form ID: pdf006              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2012**                           **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave            Page 3 of 3               Date Rcvd: Sep 11, 2012
                              Form ID: pdf006            Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2012 at the address(es) listed below:

```
              Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              Gloria C  Tsotsos    on behalf of Creditor  Wells Fargo Bank, NA nd-three@il.cslegal.com
              Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com,  IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott A Slininger    on behalf of Debtor Victor Proudfoot eslininger1@netzero.net
                                                                                             TOTAL: 6
```