**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PROUDFOOT, VICTOR JON § Case No. 11-84510
PROUDFOOT, KAREN §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $429,282.89        Assets Exempt: $184,507.89
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,840.04    Claims Discharged
                                                Without Payment: $219,317.50

Total Expenses of Administration: $8,159.96

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Document    Page 2 of 10

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $300,921.00 | $10,389.51 | $10,389.51 | $10,389.51 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,459.96 | 8,159.96 | 8,159.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 165,153.00 | 164,224.03 | 164,224.03 | 11,450.53 |
| **TOTAL DISBURSEMENTS** | $466,074.00 | $181,073.50 | $182,773.50 | $30,000.00 |

4) This case was originally filed under Chapter 7 on October 19, 2011. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2012        By: /s/JOSEPH D. OLSEN
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 6 N Blackhawk Rd, Hawthorn Woods, IL, 60047, (Va | 1110-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Toyota Motor Credit | 4110-000 | 13,737.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 218,280.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 4110-000 | 68,904.00 | N/A | N/A | 0.00 |
| | Heritage Title Company of McHenry Co. | 4700-000 | N/A | 2,076.70 | 2,076.70 | 2,076.70 |
| | Heritage Title Company of McHenry Co. | 4110-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| | Heritage Title Company of McHenry Co. | 4110-000 | N/A | 3.00 | 3.00 | 3.00 |
| | Heritage Title Company of McHenry Co. | 4110-000 | N/A | 100.00 | 100.00 | 100.00 |
| | Heritage Title Company of McHenry Co. | 4700-000 | N/A | 15.00 | 15.00 | 15.00 |
| | Heritage Title Company of McHenry Co. | 4700-000 | N/A | 30.00 | 30.00 | 30.00 |
| | Heritage Title Company of McHenry Co. | 4700-000 | N/A | 150.00 | 150.00 | 150.00 |
| | Heritage Title Company of McHenry Co. | 4700-000 | N/A | 3,395.03 | 3,395.03 | 3,395.03 |
| | Heritage Title Company of McHenry Co. | 4700-000 | N/A | 3,369.78 | 3,369.78 | 3,369.78 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | $300,921.00 | $10,389.51 | $10,389.51 | $10,389.51 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 3,750.00 | 3,750.00 | 3,750.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 554.96 | 554.96 | 554.96 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 1,700.00 | 1,700.00 |
| Heritage Title Company of McHenry Co. | 3510-000 | N/A | 2,100.00 | 2,100.00 | 2,100.00 |
| Heritage Title Company of McHenry Co. | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Heritage Title Company of McHenry Co. | 2500-000 | N/A | 5.00 | 5.00 | 5.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,459.96 | $8,159.96 | $8,159.96 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Citibank - Sears) | 7100-000 | N/A | 5,562.35 | 5,562.35 | 387.84 |
| 2 | Discover Bank | 7100-000 | N/A | 4,057.16 | 4,057.16 | 282.89 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Claimant | Code | | | | |
|---|---|---|---|---|---|---|
| 3 | Discover Bank | 7100-000 | 6,445.00 | 6,670.86 | 6,670.86 | 465.13 |
| 4 | Capital One Bank (USA), N.A. by American InfoSourc | 7100-000 | N/A | 3,076.04 | 3,076.04 | 214.48 |
| 5 | American InfoSource LP as agent for Target | 7100-000 | 15,296.00 | 15,681.06 | 15,681.06 | 1,093.36 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,925.51 | 5,925.51 | 413.16 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,287.14 | 8,287.14 | 577.82 |
| 8 | Chase Bank USA, N.A. | 7100-000 | 4,266.00 | 4,277.22 | 4,277.22 | 298.23 |
| 9 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,512.67 | 1,512.67 | 105.47 |
| 10 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 27,428.00 | 27,428.96 | 27,428.96 | 1,912.48 |
| 11 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 22,630.00 | 29,498.37 | 29,498.37 | 2,056.77 |
| 12 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 14,847.00 | 14,847.89 | 14,847.89 | 1,035.27 |
| 13 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 29,700.94 | 29,700.94 | 2,070.90 |
| 14 | American Express Bank, FSB | 7100-000 | 7,697.00 | 7,697.86 | 7,697.86 | 536.73 |
| NOTFILED | Capital One | 7100-000 | 2,989.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 29,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA | 7100-000 | 1,634.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA | 7100-000 | 6,403.00 | N/A | N/A | 0.00 |
| NOTFILED | LVNV Funding | 7100-000 | 5,533.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBNA/B 06256458 Sears Credit Cards | 7100-000 | 9,543.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot/Citibank | 7100-000 | 3,827.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Card | 7100-000 | 3,878.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fincl Svc LLC | 7100-000 | 537.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$165,153.00** | **$164,224.03** | **$164,224.03** | **$11,450.53** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84510  
**Case Name:** PROUDFOOT, VICTOR JON  
PROUDFOOT, KAREN  
**Period Ending:** 11/09/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/19/11 (f)  
**§341(a) Meeting Date:** 11/22/11  
**Claims Bar Date:** 03/23/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residental Real Estate: 1814 Edgewood Drive, Alg | 232,200.00 | 0.00 | DA | 0.00 | FA |
| 2 | 6 N Blackhawk Rd, Hawthorn Woods, IL, 60047, (Va | 45,000.00 | 40,000.00 | | 30,000.00 | FA |
| 3 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking: Healthcare Associates Credit Union #70 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings: Healthcare Associates Credit Union #702 | 105.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Everyday Clothes | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding ring and assorted ear rings | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | Symetra Financial Whole Life Insurance Policy # | 2,820.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA: DW Trust Co. Policy #1240631 | 12,383.00 | 0.00 | DA | 0.00 | FA |
| 11 | Ing 403 (b) Plan #666075 | 162,224.89 | 0.00 | DA | 0.00 | FA |
| 12 | Mercer 401 A-100% vested- not yet payable | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | 2010 Toyota Corolla | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1997 Chevy Express 1500 Van- 145K miles with bro | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1983 Jeep CJ7-poor condition | 800.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1999 Nissan Pathfinder-150K miles | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1999 Nissan Maxima-160K miles | 850.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1982 Honda Goldwing-in pieces | 500.00 | 0.00 | DA | 0.00 | FA |
| 19 | Thunderbird Formula 233 LS Boat | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | **Assets** **Totals** (Excluding unknown values) | **$474,282.89** | **$40,000.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Simple case.  Only asset is a vacant lot.  Trustee has engaged a broker and it is listed for sale.  Will have to wait until spring to hopefully get it sold.  Final report to be filed by the end of 2012.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84510  
**Case Name:** PROUDFOOT, VICTOR JON  
PROUDFOOT, KAREN  
**Period Ending:** 11/09/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/19/11 (f)  
**§341(a) Meeting Date:** 11/22/11  
**Claims Bar Date:** 03/23/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2012      **Current Projected Date Of Final Report (TFR):** December 31, 2012

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-84510 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | PROUDFOOT, VICTOR JON | | Bank Name: | The Bank of New York Mellon |
| | PROUDFOOT, KAREN | | Account: | 9200-******54-66 - Checking Account |
| Taxpayer ID #: | **-***5651 | | Blanket Bond: | $820,095.60   (per case limit) |
| Period Ending: | 11/09/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/20/12 | | Heritage Title Company of McHenry Co. | Sale of 6 Blackhawk Rd. | | 17,455.49 | | 17,455.49 |
| | | | 2012 County taxes    -2,076.70 | 4700-000 | | | 17,455.49 |
| | | | Commission    -2,100.00 | 3510-000 | | | 17,455.49 |
| | | | Title Insurance    -1,250.00 | 4110-000 | | | 17,455.49 |
| | | | policy title    -3.00 | 4110-000 | | | 17,455.49 |
| | | | commitment update    -100.00 | 4110-000 | | | 17,455.49 |
| | | | Closing letter    -50.00 | 2500-000 | | | 17,455.49 |
| | | | County taxes    -15.00 | 4700-000 | | | 17,455.49 |
| | | | State Tax    -30.00 | 4700-000 | | | 17,455.49 |
| | | | Tax payment fee    -150.00 | 4700-000 | | | 17,455.49 |
| | | | tax redemption    -3,395.03 | 4700-000 | | | 17,455.49 |
| | | | 2011 real estate taxes    -3,369.78 | 4700-000 | | | 17,455.49 |
| | | | duplicate tax bill    -5.00 | 2500-000 | | | 17,455.49 |
| | {2} | | | 30,000.00 | 1110-000 | | 17,455.49 |
| 10/03/12 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,700.00, Attorney for Trustee Fees (Trustee Firm);   Reference: | 3110-000 | | 1,700.00 | 15,755.49 |
| 10/03/12 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $3,750.00, Trustee Compensation;   Reference: | 2100-000 | | 3,750.00 | 12,005.49 |
| 10/03/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $554.96, Trustee Expenses;   Reference: | 2200-000 | | 554.96 | 11,450.53 |
| 10/03/12 | 104 | Atlas Acquisitions LLC (Citibank - Sears) | Dividend paid 6.97% on $5,562.35; Claim# 1; Filed: $5,562.35; Reference: | 7100-000 | | 387.84 | 11,062.69 |
| 10/03/12 | 105 | Capital One Bank (USA), N.A. by American InfoSourc | Dividend paid 6.97% on $3,076.04; Claim# 4; Filed: $3,076.04; Reference: | 7100-000 | | 214.48 | 10,848.21 |
| 10/03/12 | 106 | American InfoSource LP as agent for Target | Dividend paid 6.97% on $15,681.06; Claim# 5; Filed: $15,681.06; Reference: | 7100-000 | | 1,093.36 | 9,754.85 |
| 10/03/12 | 107 | FIA CARD SERVICES, N.A. | Dividend paid 6.97% on $29,700.94; Claim# 13; Filed: $29,700.94; Reference: | 7100-000 | | 2,070.90 | 7,683.95 |
| 10/03/12 | 108 | American Express Bank, FSB | Dividend paid 6.97% on $7,697.86; Claim# 14; Filed: $7,697.86; Reference: | 7100-000 | | 536.73 | 7,147.22 |
| 10/03/12 | 109 | Chase Bank USA, N.A. | Combined Check for Claims#6,7,8,9 | | | 1,394.68 | 5,752.54 |
| | | | Dividend paid 6.97% on    413.16 $5,925.51;  Claim# 6; Filed: $5,925.51 | 7100-000 | | | 5,752.54 |
| | | | Dividend paid 6.97% on    577.82 $8,287.14;  Claim# 7; Filed: $8,287.14 | 7100-000 | | | 5,752.54 |

Subtotals :     $17,455.49     $11,702.95

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-84510 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | PROUDFOOT, VICTOR JON | | Bank Name: | The Bank of New York Mellon |
| | PROUDFOOT, KAREN | | Account: | 9200-******54-66 - Checking Account |
| Taxpayer ID #: | **-***5651 | | Blanket Bond: | $820,095.60   (per case limit) |
| Period Ending: | 11/09/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid  6.97% on         298.23 $4,277.22;  Claim# 8; Filed: $4,277.22 | 7100-000 | | | 5,752.54 |
| | | | Dividend paid  6.97% on         105.47 $1,512.67;  Claim# 9; Filed: $1,512.67 | 7100-000 | | | 5,752.54 |
| 10/03/12 | 110 | Discover Bank | Combined Check for Claims#2,3 | | | 748.02 | 5,004.52 |
| | | | Dividend paid  6.97% on         282.89 $4,057.16;  Claim# 2; Filed: $4,057.16 | 7100-000 | | | 5,004.52 |
| | | | Dividend paid  6.97% on         465.13 $6,670.86;  Claim# 3; Filed: $6,670.86 | 7100-000 | | | 5,004.52 |
| 10/03/12 | 111 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#10,11,12 | | | 5,004.52 | 0.00 |
| | | | Dividend paid  6.97% on       1,912.48 $27,428.96;  Claim# 10; Filed: $27,428.96 | 7100-000 | | | 0.00 |
| | | | Dividend paid  6.97% on       2,056.77 $29,498.37;  Claim# 11; Filed: $29,498.37 | 7100-000 | | | 0.00 |
| | | | Dividend paid  6.97% on       1,035.27 $14,847.89;  Claim# 12; Filed: $14,847.89 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 17,455.49 | 17,455.49 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 17,455.49 | 17,455.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $17,455.49 | $17,455.49 | |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-84510  
**Case Name:** PROUDFOOT, VICTOR JON  
PROUDFOOT, KAREN  
**Taxpayer ID #:** **-***5651  
**Period Ending:** 11/09/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******54-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 17,455.49  
Plus Gross Adjustments : 12,544.51  
Net Estate : $30,000.00

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******54-66 | 17,455.49 | 17,455.49 | 0.00 |
| | $17,455.49 | $17,455.49 | $0.00 |

{} Asset reference(s)

Printed: 11/09/2012 01:23 PM V.13.04